JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEEDME TRADING LLC,<br><br>               Plaintiff,<br>    v.<br><br>MY FISH STOP, LLC, a California limited liability company; and HARRIS BROWN, an individual,<br><br>               Defendants.<br><br>MY FISH STOP, LLC, a California limited liability company,<br><br>               Counter-Claimant,<br>    v.<br><br>FEEDME TRADING LLC,<br><br>               Counter-Defendant. | Case No. 2:23-cv-08857-MWF(JCx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL UNDER FRCP 41(A)(2) WITH RESERVATION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

The Court has considered the parties' Stipulation for Dismissal Under FRCP 41(a)(2) with Reservation of Jurisdiction to Enforce Settlement Agreement (the "Stipulation"). (Docket No. 74). For good cause shown, the Stipulation is GRANTED, and the Court ORDERS as follows:

1. The above-captioned action, including all counter-claims, is hereby DISMISSED under FRCP 41(a)(2).

2. Under the principles of *Kelly v. Wengler*, 822 F.3d 1085, 1094-1095 (9th Cir. 2016), the Court retains jurisdiction to enforce the Settlement Agreement, a copy of which was attached to the parties' Stipulation as Exhibit A.

3. In the event of default by Defendants on their obligations under the Settlement Agreement, this Court may enter judgment as specified in the Settlement Agreement.

4. Plaintiff may seek entry of judgment by way of *ex parte* application supported by a declaration attesting to Defendants' default.

IT IS SO ORDERED.

Dated: July 29, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge